**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**ALTON & SOUTHERN RAILWAY COMPANY, *et al.*,**

                      **Plaintiffs,**

   **v.**

**BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION/IBT,**

                      **Defendant.**

</td><td>

**Lead Case No. 1:19-cv-03586 (TFH)**
**Case No. 20-cv-2173 (TFH)**
**Case No. 20-cv-2543 (TFH)**
**Case No. 20-cv-1767 (TFH)**
**Case No. 20-cv-2109 (TFH)**

</td></tr>
</table>

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the Carriers' Motion for Summary Judgment [ECF No. 29] is **GRANTED** and BMWED's Cross-Motion for Summary Judgment [ECF No. 30] is **DENIED**. Accordingly, it is further

**ORDERED** that defendant/counterclaim plaintiff BMWED is obligated under the Railway Labor Act, 45 U.S.C. § 151 et seq., to bargain and is hereby permanently enjoined and ordered to bargain, on a national-handling basis with the National Carriers' Conference Committee, the duly authorized group representative of the plaintiffs/counterclaim defendants, with respect to all issues in the current wage and rules movement that commenced on or about November 1, 2019; it is further

**ORDERED** that the Complaints in Case Nos. 20-cv-2173, 20-cv-2543, 20-cv-1767, and 20-cv-2109 shall be dismissed with prejudice; and it is finally

**ORDERED** that the Counterclaim filed by Defendant in Lead Case No. 1:19-cv-03586 shall be dismissed with prejudice.

**SO ORDERED.**

March 30, 2022

_____

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE